## Holland *v.* Holland, Appellant.

Argued September 21, 1970. *Louise R. Barr Holland,* appellant, in propria persona; *Patrick J. Holland,* appellee, in propria persona.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.